FILED

2013 MAR 20 PM 12: 21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------------x
CHEX SYSTEMS, INC., and )
FIDELITY NATIONAL INFORMATION )
SERVICES, INC., )
    )
    )
    Plaintiffs, )
v. )
    )
NATIONAL CHEX SYSTEMS INC., a Florida )
corporation; NATIONAL CHEX SYSTEMS )
INC., a Georgia corporation; NATIONAL CHEX )
SYSTEMS INC., a New York corporation; ) Civil Action No. 3:12-cv-1326
CAPITAL CHEX SYSTEMS INC.; SALVATOR )
J. LETIZIA, an individual; CARMELA )
GERACE, an individual; CHRISTINE A. )
O'BRIEN, an individual; DAVID MICCICHI, an )
individual; and JOHN DOES; )
    )
    Defendants. )
    )
---------------------------------------------------------------x

**FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF
AGAINST NATIONAL CHEX SYSTEMS INC., A GEORGIA CORPORATION,
AND CHRISTINE O'BRIEN**

Plaintiff Chex Systems, Inc. ("ChexSystems") and Fidelity National Information Services, Inc. ("FIS") (collectively, "Plaintiffs"), and Defendants National Chex Systems, Inc., a Georgia Corporation, and Christine O'Brien (collectively "Defendants") have settled the above-identified matter. The parties stipulate to the entry of the following Final Judgment and Permanent Injunction and Other Relief ("Final Judgment"). Having found good cause for the entry this Final Judgment,

IT IS HEREBY ORDERED THAT:

A. This Court has jurisdiction over Plaintiffs and Defendants in connection

with this matter, and Defendants acknowledge and accept service of the Complaint in this action.

B. Defendants and (i) their employees, agents, partners, officers, directors, owners, shareholders, principals, attorneys, subsidiaries, related companies, affiliates, distributors, dealers, successors, and assigns, and (ii) all persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby PERMANENTLY ENJOINED:

1. From using, registering, trafficking, selling, acquiring, transferring, releasing, deleting, and/or assigning the domain names NATIONALCHEXSYSTEMS.COM and NATIONALCHEXSYSTEMSINC.COM (collectively, the "Domain Names") and any other domain names that contain the term CHEX or CHECS or that are confusingly similar to Plaintiffs' CHEXSYSTEMS name and mark or any other marks owned by Plaintiffs (collectively "Plaintiffs' Marks"), with the sole exception of transferring such domain names to Plaintiffs as described below;

2. From using and/or registering CHEXSYSTEMS, the CHEXSYSTEMS logos displayed below, and any names, marks, logos, or identifiers that contain the terms CHEX or CHECS or that are confusingly similar to Plaintiffs' Marks, as a trademark, service mark, trade name, corporate name, business name, domain name, URL, e-mail address, social media name, screen name, metatag, keyword, or other mark, name, or identifier for any products and services, in any style or form including, but not limited to, the company name NATIONAL CHEX SYSTEMS, INC., the trademark NATIONAL CHEX SYSTEMS, and the Domain Names;

**ChexSystems** **ChexSystems**

3. From using and/or registering in any manner any corporate names, trade names, fictitious names, or other business names that contain the terms CHEX or CHECS that are confusingly similar to Plaintiffs' Marks including, but not limited to, NATIONAL CHEX SYSTEMS, INC. (collectively, the "ChexSystems Names");

4. From purchasing Plaintiffs' Marks or any confusingly similar marks or terms as keywords from Google or any other Internet search engine or online advertising provider/vendor for purposes of advertising or promoting any products or services;

5. From copying, using, preparing derivative works of, distributing copies of, and displaying publicly any section of Plaintiffs' websites, including the "Frequently Asked Questions ("FAQ") from Plaintiffs' website located at https://www.consumerdebit.com/consumerinfo/us/en/chexsystems/faqs.htm (as may be amended from time to time);

6. From representing or suggesting by any means whatsoever, directly or indirectly, that Defendants, any product or service offered, promoted, or rendered by Defendants, any website of Defendants, or any activities undertaken by Defendants, are sponsored, affiliated, or approved in any way by Plaintiffs;

7. From engaging in trademark infringement, unfair competition, false designation of origin, passing off, and false advertising against Plaintiffs or with respect to Plaintiffs' Marks; and

8. From assisting, aiding, or abetting any other person or business

entity in engaging in or performing any activities referred to Paragraphs 1 through 7 above.

C. The registrar(s) for the Domain Names will immediately transfer ownership of the Domain Names to Plaintiffs or Plaintiffs' designee(s), and Defendants will immediately execute and provide all documents and take all actions necessary required by Defendants' registrars or Plaintiffs' registrar(s) to effectuate those transfers at Defendants' own cost.

D. Defendants will immediately disclose to Plaintiffs any and all domain names (including the domain names and ownership information for such domain names) that, in addition to the Domain Names, are owned or controlled by Defendants, or privately registered and held in an account used or controlled by or for Defendants, and that contain or are confusingly similar to Plaintiffs' Marks or variations thereof, including domain names that contain the terms CHEX, CHECS, or variations thereof.

E. If, in addition to the Domain Names, Defendants own or control any domain names that contain or are confusingly similar to Plaintiffs' Marks or variations thereof, including domain names that contain the terms CHEX, CHECS, or variations thereof including, but not limited to, the domain names disclosed in response to subpart D above and the domain names CHEXSYSTEMSINC.ORG, CHECSYSTEMSRECOVERY.COM, CHEXSYSTEMSSUPPORT.COM, CHEXSERVICES.COM, CHEXSERVICES.NET, CHEXSERVICES.ORG, CHEXSERVICE.COM, CHEXSERVICE.NET, CHEXSERVICE.ORG, and CHEXSYSTEMSREMOVALS.COM, Defendants will immediately transfer ownership of all such domain names to Plaintiffs or Plaintiffs' designee(s) and take all actions

required by Defendant's registrar(s) and Plaintiffs' registrar(s) to effectuate those transfers to Plaintiffs, at Defendants' own cost.

F. If, in the future, Defendants discover that they own or control any other domain names that contain or are confusingly similar to Plaintiffs' Marks or variations thereof, including domain names that contain the terms CHEX or CHECS or variations thereof, Defendants will immediately transfer ownership of all such domain names to Plaintiffs or Plaintiffs' designee(s) and will immediately execute and provide all documents and take all actions required by Defendant's registrar(s) and Plaintiffs' registrar(s) to effectuate those transfers to Plaintiffs, at Defendants' own cost.

G. Defendants will immediately cancel all corporate names, trade names, fictitious names, and other business names registered, recorded, owned, or controlled by Defendants that contain Plaintiffs' Marks or variations thereof, including any names that contain the terms CHEX or CHECS including, but not limited to, National Chex Systems, Inc., a Georgia Corporation; or, in the alternative, Defendants will immediately amend all such registrations and/or names to permanently remove Plaintiffs' Marks or variations thereof, including any names that contain the term CHEX or CHECS, from such corporate names and/or registrations. Defendants will take such actions with all applicable federal, state, and local agencies and authorities. Defendants will also immediately cancel all online identifiers, including social media names, that contain the terms CHEX or CHECS or Plaintiffs' Marks or variations thereof, including, but not limited to, any Twitter and Facebook names, at Defendants' own cost.

H. Defendants will immediately destroy all materials bearing Plaintiffs' Marks or any names, marks, or identifiers containing the terms CHEX or CHECS or that

are confusingly similar to Plaintiffs' Marks including, but not limited to, the trademark NATIONAL CHEX SYSTEMS, the ChexSystems Names, the Domain Names, or any variations thereof including, but not limited to, all stationery, forms, brochures, business cards, fax cover sheets, signs, uniforms, advertising and marketing materials, and all other materials in all forms and media (including without limitation, printed, electronic, online, digital, audio, and video).

I. Defendants will immediately cancel all advertising, marketing, and promotions and immediately delist or otherwise permanently remove all listings from directories that use or contain the terms CHEX or CHECS or Plaintiffs' Marks or variations thereof including, but not limited to, the trademark NATIONAL CHEX SYSTEMS, the ChexSystems Names, the Domain Names, or any variations thereof, including without limitation advertising, marketing, and promotions on websites (e.g., Google and other Internet search engines/advertising vendors, third-party website directories, etc.), in any medium (e.g., print, online, radio, television).

J. Defendants will file with this Court and serve on Plaintiffs' attorneys, within thirty (30) days after the date of this Final Judgment, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction and all other obligations of this Final Judgment.

K. This case is otherwise dismissed as against Defendants in accordance with this Final Judgment, but will remain open against all other defendants named above.

L. The parties are to bear their own costs and fees.

M. This Court will retain jurisdiction over the enforcement of this Final Judgment.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
United States District Court Judge

Date: March 20, 2013

## STIPULATION

The undersigned stipulate to the entry of the foregoing Final Judgment of Permanent Injunction and Other Relief.

**Counsel for Plaintiffs Chex Systems, Inc. and Fidelity National Information Services, Inc.**

By: _____   Date: Feb. 7, 2013
John A. DeVault, III
Florida Bar No. 103979
BEDELL, DITTMAR, DeVAULT, PILLANS & COXE, P.A.
E-mail: jad@bedellfirm.com
Courtney Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:   (904) 353-0211
Facsimile:   (904) 353-9307

OF COUNSEL

FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
David M. Kelly

901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Email:

**National Chex Systems, Inc. (a Georgia Corporation)**

By: _[signature]_ Date: Feb. 5, 2013

Name: CHRISTINE OBRIEN

Title: PRESIDENT

**Christine O'Brien**

By: _[signature]_ Date: Feb. 5, 2013

Name: CHRISTINE O'BRIEN

Title: _____