UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHEX SYSTEMS, INC. and
FIDELITY NATIONAL INFORMATION
SERVICES, INC.,

    Plaintiffs,

v.                          Case No.: 3:12-CV-1326-J-20JBT

NATIONAL CHEX SYSTEM, INC.,
a Florida corporation; NATIONAL CHEX
SYSTEMS INC., a Georgia corporation;
NATIONAL CHEX SYSTEMS, INC., a
New York corporation; CAPITAL CHEX
SYSTEM, INC.; SALVATOR J. LETIZIA,
an individual; CARMELA GERACE, an
individual; CHRISTINE A. O'BRIEN, an
individual; DAVID MICCICHI, an individual;
and JOHN DOES,

    Defendants.
_____/

## ORDER

This cause is before this Court's show cause Order (Dkt. 37, signed October 8, 2013), and Plaintiffs' response (Dkt. 38, filed October 22, 2014). As of this date, this Court has entered judgment as to all named defendants except John Does. (Dkts. 18, 19, 32, and 36). Plaintiffs have not served any of the John Doe defendants, and in their response to the show cause Order, they move for yet another extension of time within which to locate and serve the John Does. After having twice granted extensions for Plaintiffs to serve the John Does, (Dkts. 21 and 25), this Court is disinclined to keep this case open merely so that Plaintiffs can continue to seek out and locate more defendants. If Plaintiffs do eventually find the John Does, they can file another action.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED WITHOUT PREJUDICE** as to the John Doe defendants for

failure to prosecute under Local Rule 3.10(a); and

    2. The Clerk is directed to **CLOSE** this case.

    **DONE AND ENTERED** at Jacksonville, Florida, this ___23rd___ day of October, 2013.

_/s/ Harvey E. Schlesinger_
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Courtney Kneece Grimm, Esq.
David M. Kelly, Esq.
John Andrew DeVault, III, Esq.
Stephanie H. Bald, Esq.